**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-6841

WILLIAM BENJAMIN BROWN,

Petitioner - Appellant,

v.

WARDEN MANSUKHANI,

Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort. Mary G. Lewis, District Judge.
(9:14-cv-01355-MGL)

Submitted: October 20, 2015          Decided: October 22, 2015

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Benjamin Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Benjamin Brown, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Brown v. Mansukhani, No. 9:14-cv-01355-MGL (D.S.C. May 22, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED